UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CRM HOLDINGS, LTD SECURITIES LITIGATION | No. 10-cv-00975-RPP |
| This Document Relates to: | CLASS ACTION |
| ALL ACTIONS. | Hon. Robert P. Patterson |

**NOTICE OF APPEAL**

Notice is hereby given that Lead Plaintiffs Brett Brandes and Beverly L. Munter, along with plaintiff B&B Investors, LP, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's order entered on May 10, 2012, dismissing plaintiffs' Consolidated Amended Complaint for Violations of the Federal Securities Laws and denying leave to amend (DE 38). The Order is attached as Exhibit A.

DATED: June 8, 2012

**GLANCY BINKOW & GOLDBERG LLP**

By: *s/ Lionel Z. Glancy*
Lionel Z. Glancy
Michael Goldberg
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiffs*

**MURRAY FRANK LLP**
Brian P. Murray
Gregory B. Linkh
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

*Liaison Counsel for Lead Plaintiffs*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF NEW YORK LOCAL RULES AND ECF RULES AND INSTRUCTIONS**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On June 8, 2012, I caused to be served the following document:

**NOTICE OF APPEAL**

By posting the document to the ECF Website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the attached Court's ECF Service List.

The non-ECF registered parties shall be served:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 8, 2012, at Los Angeles, California.

***s/ Lionel Z. Glancy***
Lionel Z. Glancy

# Mailing Information for a Case 1:10-cv-00975-RPP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arthur Harlod Aufses , III**
  aaufses@kramerlevin.com,docketing@kramerlevin.com,jbatterton@kramerlevin.com
- **Jonathan Louis Fried**
  jfried@kramerlevin.com,mattorney@kramerlevin.com
- **Lionel Z. Glancy**
  lglancy@glancylaw.com,dmacdiarmid@glancylaw.com,mmgoldberg@glancylaw.com,csadler@glancylaw.com,pbinkow@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.co
- **Gregory Bradley Linkh**
  glinkh@murrayfrank.com
- **Brian Philip Murray**
  bmurray@murrayfrank.com
- **Kevin F. Ruf**
  kevinruf@yahoo.com
- **Ex Kanos S Sams , II**
  esams@glancylaw.com
- **Marjorie E. Sheldon**
  MSheldon@kramerlevin.com,docketing@kramerlevin.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Howard G. Smith**
Smith & Smith
3070 Bristol Pike
Bensalem, PA 19020