UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CRM HOLDINGS, LTD SECURITIES LITIGATION | Case No. 10-cv-00975-RPP |
| This Document Relates to: <br><br> ALL ACTIONS. | Hon. Robert P. Patterson |

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION AND FOR ATTORNEYS' FEES, <u>REIMBURSEMENT OF EXPENSES, AND PLAINTIFF AWARDS</u>**

299919.1

PLEASE TAKE NOTICE that on February 27, 2015, at 11:00 a.m., before the Honorable Robert P. Patterson at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007-1313, lead plaintiffs Brett Brandes and Beverly L. Munter, along with plaintiff B&B Investors, LP, will and hereby do move this Court for the entry of orders and a judgment pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) finally approving the settlement of the above-captioned litigation; (2) approving the Plan of Allocation of settlement proceeds; (3) approving an award of attorneys' fees and reimbursement of expenses, plus interest thereon; and (4) approving awards to named plaintiffs.

This notice of motion and motion is based upon Lead Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Settlement and Plan of Allocation, Lead Plaintiffs' Memorandum of Law in Support of Motion for Attorneys' Fees, Reimbursement of Expenses, and Plaintiff Awards, the pleadings contained within this proceeding, and upon all other oral or written information that may be presented before or during the hearing in this matter.

Dated:  January 23, 2015

**GLANCY BINKOW & GOLDBERG LLP**

By: *s/ Ex Kano S. Sams II*
Lionel Z. Glancy
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Brian P. Murray
Gregory B. Linkh
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone:  (212) 682-5340
Facsimile:   (212) 884-0988

*Lead Counsel for Lead Plaintiffs*

299919.1

1

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF NEW YORK ECF AND LOCAL RULES AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.

On January 23, 2015, I served true and correct copies of **LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION AND FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PLAINTIFF AWARDS**, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 23rd day of January, 2015, at Los Angeles, California.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II

300051.1 CRM

## Mailing Information for a Case 1:10-cv-00975-RPP

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arthur Harlod Aufses , III**
  aaufses@kramerlevin.com,docketing@kramerlevin.com,jbatterton@kramerlevin.com

- **Jonathan Louis Fried**
  jfried@kramerlevin.com,mattorney@kramerlevin.com

- **Lionel Z. Glancy**
  lglancy@glancylaw.com,mmgoldberg@glancylaw.com,csadler@glancylaw.com,pbinkow@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com

- **Brian Philip Murray**
  bmurray@glancylaw.com

- **Kevin F. Ruf**
  kevinruf@gmail.com

- **Ex Kanos S Sams , II**
  esams@glancylaw.com

- **Marjorie E. Sheldon**
  MSheldon@kramerlevin.com,docketing@kramerlevin.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Howard           G. Smith
Smith & Smith
3070 Bristol Pike
Bensalem, PA 19020
```